IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAWN JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:13-CV-0061 |
| | § | |
| JACOBS FIELD SERVICES NORTH | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendant. | | |

## DEFENDANT'S NOTICE OF REMOVAL

TO:    Clerk of Court
       United States District Court
       For the Southern District of Texas - Galveston Division
       P.O. Drawer 2300
       Galveston, TX 77553

       Clerk of the 212th Judicial District Court
       Of Galveston County, Texas
       600 59th Street, Suite 4204
       Galveston, TX 77551

       Josef F. Buenker
       THE BUENKER LAW FIRM
       1201 Prince Street
       Houston, Texas 77008

PLEASE TAKE NOTICE that Defendant Jacobs Field Services North America, Inc., ("Jacobs" or "Defendant") removes this civil action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. The specific grounds for removal are set forth below.

## BASIS FOR REMOVAL

Plaintiff Dawn Jackson ("Plaintiff" or "Jackson") filed a civil action against Jacobs on January 26, 2012. In her Original Petition, Jackson asserted that Jacobs discriminated and

14314831v.1

retaliated against her in violation of the Texas Commission on Human Rights Act ("TCHRA").[1] Jackson did not assert any federal claims in the Original Petition.[2] The lawsuit is recorded on the docket of the 212th Civil District Court in Galveston County, Texas as "Cause No. 12CV0111" ("the State Action").

Jackson filed an Amended Petition (the "Amended Petition") in the State Action on March 1, 2013.[3] In the Amended Petition, Jackson asserts federal claims of discrimination and retaliation under Title VII of the Civil Rights Act of 1964, as amended.[4] Jackson's federal claims create federal question jurisdiction. Accordingly, this Court has jurisdiction over this matter, and removal is permissible.[5] In addition, the Court has supplemental jurisdiction over Jackson's TCHRA claims because those claims arise from the same set of facts that give rise to the Title VII claims.[6] Jacobs has timely filed this Notice of Removal within 30 days of its receipt of the Amended Petition.[7]

---

[1] *See* Exhibit 3.

[2] *See id*.

[3] *See* Exhibit 4.

[4] *See* 42 U.S.C. § 2000e, *et. seq*.

[5] *See* 28 U.S.C. §§ 1331 (conferring original jurisdiction upon federal courts for actions "arising under the … laws … of the United States"), 1441(b) (permitting removal of such actions).

[6] *See* 28 U.S.C. § 1367(a) (allowing supplemental jurisdiction over claims "that are so related to [federal] claims … that they form part of the same case or controversy under Article III of the United States Constitution.").

[7] *See* 28 U.S.C. § 1446(b). ("[A] a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading … from which it may first be ascertained that the case is one which is or has become removable… .").

14314831v.1

Pursuant to Southern District of Texas Local Rule 81, Jacobs attaches the following documents to this Notice of Removal:

- Index of Matters Being Filed (Exhibit 1)
- All executed process (Exhibit 2)
- Plaintiff's Original Petition (Exhibit 3)
- Plaintiff's Amended Petition (Exhibit 4)
- Defendant's Answer and Defenses (Exhibit 5)
- Defendant's Answer and Defenses to Plaintiff's Amended Petition (Exhibit 6)
- Docket Control Order (Exhibit 7)
- Agreed Protective Order (Exhibit 8)
- Docket Sheet for the State Action (Exhibit 9)
- List of Counsel of Record (Exhibit 10)

## VENUE, NOTICE, AND REQUEST FOR ARGUMENT

Venue is proper in this District under 28 U.S.C. § 1441(a) because this District and Division embrace Galveston County, Texas, the place where the removed action has been pending.[8] Jacobs will promptly file a Notice of Filing Notice of Removal with the 212th Civil District Court in Galveston County, Texas, and will serve a copy on Jackson's counsel, as required by 28 U.S.C. § 1446(d). Should Jackson seek to remand this case to state court, Jacobs respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides remand is proper, Jacobs asks that the Court retain jurisdiction and, if the Court deems it appropriate, certify any remand order for interlocutory review by the Court of Appeals.[9]

---

[8] *See* 28 U.S.C. § 124(b)(2).

[9] *See* 28 U.S.C. § 1292(b).

## JURY TRIAL

Plaintiff demanded a jury trial in the State Action.

## CONCLUSION

This action presents a federal question over which this Court has original jurisdiction and state law claims over which this Court has supplemental jurisdiction. Accordingly, Jacobs Field Services North America removes the State Action to this Court.

> Respectfully submitted,
>
> SEYFARTH SHAW LLP
>
> By: /s/ Timothy M. Watson
> Timothy M. Watson
> S.D. Texas No. 12953
> Texas Bar No. 20963575
> 700 Louisiana Street, Suite 3700
> Houston, Texas 77002-2797
> Telephone: (713) 225-2300
> Facsimile: (713) 225-2340
>
> ATTORNEY IN-CHARGE FOR DEFENDANT,
> JACOBS FIELD SERVICES NORTH AMERICA,
> INC.

OF COUNSEL:

Dennis Clifford
S.D. Texas No. 611330
State Bar No. 24050431
Clark E. Smith
Texas Bar No. 24067356
S.D. Texas No. 1100012
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

ATTORNEYS FOR DEFENDANT,
JACOBS FIELD SERVICES NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March 2013, a true and correct copy of the foregoing Notice of Removal was served upon the following counsel of record, via certified mail, return receipt requested:

Josef F. Buenker
THE BUENKER LAW FIRM
1201 Prince Street
Houston, Texas 77008
(713) 683-9940 - fax

/s/ Timothy M. Watson
Timothy Watson

## CERTIFICATION OF NOTIFICATION TO DISTRICT COURT

I further certify that I caused a copy of this Notice of Removal to be filed with the clerk of the 212th Judicial District Court of Galveston County, Texas in accordance with 28 U.S.C. § 1446(d).

/s/ Timothy M. Watson
Timothy Watson

14314831v.1