UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAWN JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-61 |
| | § | |
| JACOBS FIELD SERVICES NORTH | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

It is so Ordered.

SIGNED this 7th day of August, 2014.

                                   _____
                                                   Gregg Costa
                                        United States Circuit Judge[*]

---

[*] Sitting by designation